IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: } | | |
| Shawn Hicks } | **Case No**. 3:19-bk-03035 | |
| 5135 Nolensville Pk Apt. W1 } | | |
| Nashville, TN, 37211 } | **Chapter**: 13 | |
| SSN: XXX-XX-4855 } | | |
| } | Judge Randal Mashburn | |
| Debtor. } | | |
| Shawn Donell Hicks } | Adversary No: 3:19-ap-90219 | |
| Plaintiff, } | | |
| v. } | | |
| Design Works } | | |
| Defendant } | | |

**EXPEDITED MOTION TO CONTINUE PRETRIAL HEARING**

COMES NOW the Plaintiff and Defendant(s), by and through counsel, and would request a continuance in the above styled adversary proceeding presently scheduled for pretrial conference on February 12, 2020 at 1:45 p.m. Counsel for the Defendant stated to Plaintiff's counsel that he has a court conflict and is unable to be present at the pretrial hearing. As grounds, counsel for both parties would state that this continuance request is by agreement. The parties are trying to settle the matter.

This is the Second request for a continuance in this matter.

Wherefore, counsel for both parties respectfully requests that the above styled proceeding be continued to March 4, 2020 at 1:45 p.m. in Courtroom One, Customs House, 701 Broadway, Nashville, TN 37203.

Dated: _____        _____
                                                                                            UNITED STATES BANKRUPTCY JUDGE

Prepared and agreed to:

_/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter RD
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

Approved by:

_/s/ Gary Jewel_____
Gary Jewel
Law Office of Gary Jewel
5342 Estate Office Drive, Suite 3
Memphis, TN 38119
901-685-2408
Attorney for Defendant
Email: gjewel@aol.com